UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:12-CR-21 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| JUSTIN HOLIFIELD | ) | |

**O R D E R**

Defendant Justin Holifield ("Defendant") has filed a motion to suppress all evidence seized as the result of a traffic stop on November 24, 2011 (Court File No. 16). Defendant's motion was referred to United States Magistrate Judge William B. Mitchell Carter, who held a hearing and subsequently filed a report & recommendation ("R&R") recommending Defendant's motion be denied (Court File No. 24). Defendant timely objected (Court File No. 25) and the Government filed a response (Court File No. 27). For the reasons provided in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 24). The Court **DENIES** Defendant's motion to suppress (Court File No. 16).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**